MARCH 23, 1992

No. 90–1977. DUPREE ET AL. *v.* MOORE, ATTORNEY GENERAL OF MISSISSIPPI, ET AL. Appeal from D. C. S. D. Miss. Judgment vacated and case remanded for further consideration in light of *Clark* v. *Roemer,* 500 U. S. 646 (1991).

No. 91–1210. CLINTON, GOVERNOR OF ARKANSAS, ET AL. *v.* JEFFERS ET AL. Appeal from D. C. E. D. Ark. Judgment vacated and case remanded with instructions to enter a fresh judgment from which an appeal may be taken to the United States Court of Appeals for the Eighth Circuit.

No. 90–1164. SMITH *v.* BLACK, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Stringer* v. *Black, ante,* p. 222.

No. 91–432. MOORE *v.* NEVADA. Sup. Ct. Nev. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Dawson* v. *Delaware, ante,* p. 159.

No. 91–701. ILLINOIS *v.* KELK. App. Ct. Ill., 4th Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Florida* v. *Jimeno,* 500 U. S. 248 (1991). JUSTICE STEVENS dissents.

No. 91–885. EASLEY *v.* SOUTHERN SHIPBUILDING CORP. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Southwest Marine, Inc.* v. *Gizoni,* 502 U. S. 81 (1991).